# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA SCHUSTER,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>DEBORAH K. JOHNSON,<br><br>　　　　Respondent. | Case No.:12-cv-01482-AWI-DLB (HC)<br><br>ORDER VACATING HEARING DATE SET FOR MOTION TO DISMISS |

　　　Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Roger Nuttall, Esq.

　　　On December 14, 2012, Respondent filed a motion to dismiss the petition as untimely under 28 U.S.C. § 2244(d).  Respondent's counsel set the motion for hearing before the undersigned on March 1, 2013 at 9:00a.m.

　　　Because this Court's order of October 16, 2012, advised that "[a]ll motions shall be submitted on the record and briefs filed without oral argument unless otherwise ordered by the Court," the Court will hereby vacate the hearing date, and after the expiration of the time for filing an opposition and reply, the Court will either take the matter under submission or set a hearing date, if necessary.

1

Accordingly, it is HEREBY ORDERED that the hearing date set for March 1, 2013, at 9:00 a.m. before the undersigned is VACATED.

IT IS SO ORDERED.

Dated:   **December 17, 2012**               /s/ *Dennis L. Beck*
                                             UNITED STATES MAGISTRATE JUDGE