# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA SCHUSTER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DEBORAH K. JOHNSON,<br><br>　　　　Respondent. | Case No.  1:12-cv-01482-AWI-SAB-HC<br><br>ORDER CONTINUING THE HEARING ON PETITIONER'S MOTION TO WITHDRAW AS COUNSEL TO JUNE 15, 2015 AT 10:00 AM<br><br>(ECF No. 38) |

　　　　Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On May 8, 2015, Petitioner's counsel filed a motion to withdraw as counsel with a hearing set for May 20, 2015, at 9:30 a.m.  (ECF No. 40).  However, this hearing date  fails to comply with the time requirements set by Local Rule 230(b).

　　　　The hearing on a motion is to be set not less than 28 days after service and filing of the motion.  Local Rule 230(b).  Petitioner is required to give proper notice and an opportunity for Respondent to respond.  Although a party filing a defective notice of motion would generally have to file and serve a new notice of motion setting forth a proper time and date, the Court in this instance will set the new motion date and time.  Petitioner does not need to file and serve a new notice of motion for the new hearing date.  The hearing on the motion to withdraw as counsel will now be held on June 15, 2015 at 10:00 a.m. before the undersigned.  Respondent

shall file an opposition or non-opposition not less than fourteen (14) days preceding the June 15, 2015, hearing date.  Local Rule 230(c).    Petitioner may file a reply not less than seven (7) days preceding the June 15, 2015, hearing date.  Local Rule 230(d).

Good cause having been presented to the Court,

IT IS HEREBY ORDERED that:

1. The hearing on the motion to withdraw as counsel is continued from May 20, 2015, at 9:30 a.m., to June 15, 2015 at 10:00 a.m., in courtroom 9 before the undersigned;

2. Respondent shall file an opposition or non-opposition on or before June 1, 2015; and

3. Petitioner may file a reply on or before June 8, 2015.

IT IS SO ORDERED.

Dated:   **May 15, 2015**

UNITED STATES MAGISTRATE JUDGE