# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA SCHUSTER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEBORAH K. JOHNSON,<br><br>　　　　　　Respondent. | Case No.  1:12-cv-01482-AWI-SAB<br><br>ORDER VACATING JUNE 15, 2015 HEARING DATE |

  Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 8, 2015, Petitioner's counsel filed a motion to withdraw as counsel with a hearing set for May 20, 2015, at 9:30 a.m.  (ECF No. 40).  On May 18, 2015, the Court issued an order continuing the hearing on the motion to withdraw as counsel to June 15, 2015, at 10:00 a.m.  (ECF No. 41.)  The Court ordered Respondent to file an opposition or non-opposition on or before June 1, 2015.  (ECF No. 41.)  Respondent has not filed an opposition or non-opposition.  Therefore, the Court, having reviewed the record, finds this matter suitable for decision without oral argument.  See Local Rule 230(g).  The Court will issue a separate order to show cause in this matter regarding Respondent's failure to follow an order of this Court.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED THAT the previously scheduled hearing set on June 15, 2015, at 10:00 a.m. is VACATED and the parties will not be required to appear at that time.  The matter is taken under submission.

IT IS SO ORDERED.

Dated:   **June 3, 2015**

UNITED STATES MAGISTRATE JUDGE

2