KATHERINE HART #76715
Attorney at Law
1600 Fulton, Suite 120
Fresno, Ca. 93721
Telephone: (559) 412-8900
Facsimile: (559) 256-9798

Attorney for Petitioner
LARISSA SCHUSTER

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARISSA SCHUSTER, | ) | Case No. 1:12-cv-01482-AWI-SAB-HC |
| | ) | |
| Petitioner, | ) | ORDER APPROVING |
| | ) | WITHDRAWAL OF ATTORNEY |
| | ) | AND ORDER APPOINTING |
| | ) | THE FEDERAL DEFENDER |
| | ) | AS ATTORNEY OF RECORD |
| DEBORAH K. JOHNSON, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

Good cause appearing, it is hereby ordered as follows:

1. That Attorney KATHERINE HART be relived as attorney of record for Petitioner LARISSA SCHUSTER and that the Office of the Federal Defender, Eastern District, be appointed as attorney of record.

2. That the hearing on the motion scheduled for July 19, 2017 be vacated.

IT IS SO ORDERED.

Dated: **July 10, 2017**

UNITED STATES MAGISTRATE JUDGE