# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA SCHUSTER,<br><br>    Petitioner,<br><br>v.<br><br>DEBORAH K. JOHNSON,<br><br>    Respondent. | Case No. 1:12-cv-01482-AWI-SAB-HC<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED REQUEST FOR MODIFICATION OF BRIEFING SCHEDULE<br><br>(ECF No. 83) |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Currently, Respondent's answer is due October 6, 2017. (ECF No. 82). On September 25, 2017, Petitioner filed the instant unopposed request to modify the briefing schedule in order to allow counsel to determine whether it is in Petitioner's best interest to file an amended petition or to proceed with the petition currently on file. (ECF No. 83).

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's deadline for filing an answer is VACATED; and
2. On or before November 30, 2017, Petitioner shall file an amended petition for writ of habeas corpus or a notice of intent to rely on the petition currently filed.

IT IS SO ORDERED.

Dated: **September 26, 2017**

UNITED STATES MAGISTRATE JUDGE