# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA SCHUSTER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DEBORAH K. JOHNSON,<br><br>　　　　　Respondent. | Case No. 1:12-cv-01482-AWI-SAB-HC<br><br>ORDER CONTINUING HEARING ON MOTION FOR ORDER DIRECTING RESPONDENT TO PROCESS ATTORNEY AUTHORIZATION FORM<br><br>(ECF No. 85) |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 8, 2017, Petitioner filed a motion for order directing Respondent to process attorney authorization form and noticed the motion for hearing on November 22, 2017.[1] With respect to the civil motion calendar and procedure, Local Rule 230 provides in pertinent part: "The matter shall be set for hearing on the motion calendar of the Judge or Magistrate Judge to whom the action has been assigned or before whom the motion is to be heard not less than twenty-eight (28) days after service and filing of the motion." LR 230(b).

Accordingly, IT IS HEREBY ORDERED that the hearing on the motion is continued to December 6, 2017, at 10:00 a.m.

---

[1] The Court notes that the notice lists two different dates and times. (ECF No. 85 at 1). The Court presumes that Petitioner noticed the motion for November 22 of this year rather than November 22, 2019.

1

If the parties would like to request an informal conference with regard to this matter without the need for further briefing, the parties can contact Courtroom Deputy Mamie Hernandez, who will provide a time as soon as practicable. Otherwise, the new hearing date and time will govern and will govern for the filing of any opposition.

IT IS SO ORDERED.

Dated:   **November 13, 2017**

_____
UNITED STATES MAGISTRATE JUDGE