# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA SCHUSTER,<br><br>Petitioner,<br><br>v.<br><br>DEBORAH K. JOHNSON,<br><br>Respondent. | Case No. 1:12-cv-01482-AWI-SAB-HC<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED SECOND REQUEST FOR MODIFICATION OF BRIEFING SCHEDULE<br><br>(ECF No. 87) |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 13, 2017, Petitioner requested an extension of time to file an amended petition or notice of intent to rely on the petition currently filed. (ECF No. 87).

IT IS HEREBY ORDERED that Petitioner is granted to and including January 12, 2018 to file an amended petition for writ of habeas corpus or a notice of intent to rely on the petition currently filed.

IT IS SO ORDERED.

Dated: **November 15, 2017**

_____
UNITED STATES MAGISTRATE JUDGE