# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA SCHUSTER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DEBORAH K. JOHNSON,<br><br>　　　　Respondent. | Case No. 1:12-cv-01482-AWI-SAB-HC<br><br>ORDER DIRECTING THE CLERK OF COURT TO FILE UNDER SEAL THE SUBMISSION OF ATTORNEY AUTHORIZATION FORM |

On December 6, 2017, the Court conducted a hearing on Petitioner's motion for order directing Respondent to process attorney authorization form. (ECF No. 91). At the hearing, the Court directed Petitioner's counsel to file under seal the attorney authorization form at issue.

Accordingly, the Clerk of Court is HEREBY DIRECTED to file Petitioner's submission of attorney authorization form under seal.

IT IS SO ORDERED.

Dated: **December 7, 2017**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE