HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, # 127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Petitioner
LARISSA SCHUSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA SCHUSTER,<br><br>    Petitioner,<br><br>vs.<br><br>JANEL ESPINOZA, Warden,<br><br>    Respondent. | Case No. 1:12-cv-01482-AWI SAB<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR MODIFICATION OF BRIEFING SCHEDULE**<br><br>**(ECF No. 96)** |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 21, 2017, Petitioner requested an extension of time to file an amended petition or notice of intent to rely on the petition for writ of habeas corpus currently filed. (ECF No. 96).

IT IS HEREBY ORDERED that Petitioner is granted to and including March 13, 2018 to file an amended petition or notice of intent to rely on the petition for writ of habeas corpus currently filed.

IT IS SO ORDERED.

Dated: __December 22, 2017__

                                                UNITED STATES MAGISTRATE JUDGE