IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARISSA SCHUSTER, | ) | Case No. 1:12-cv-01482-AWI SAB |
| Petitioner, | ) ) | **Request For Extension of Time to File Opposition to Motion for Reconsideration by the District Court of Magistrate Judge's Ruling; Order** |
| vs. | ) ) ) | |
| JANEL ESPINOZA, Warden, | ) ) | |
| Respondent. | ) ) ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 21, 2017, Petitioner requested an extension of time to file an opposition to the motion for reconsideration by the district court of magistrate judge's ruling.

Pursuant to the request, and good cause appearing therefore, the request is GRANTED. Petitioner's opposition to the motion for reconsideration by the district court of magistrate judge's ruling is due on or before January 11, 2018.

IT IS SO ORDERED.

Dated: December 28, 2017

_____
SENIOR DISTRICT JUDGE