HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, # 127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Petitioner
LARISSA SCHUSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA SCHUSTER,<br><br>    Petitioner,<br><br>vs.<br><br>JANEL ESPINOZA, Warden,<br><br>    Respondent. | Case No. 1:12-cv-01482-AWI SAB<br><br>**ORDER GRANTING PETITIONER'S FOURTH REQUEST FOR MODIFICATION OF BRIEFING SCHEDULE**<br><br>**(ECF No. 102)** |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 12, 2018, Petitioner requested an extension of time to file an amended petition or notice of intent to rely on the petition for writ of habeas corpus currently filed. (ECF No. 102).

IT IS HEREBY ORDERED that Petitioner is granted to and including May 14, 2018 to file an amended petition or notice of intent to rely on the petition for writ of habeas corpus currently filed.

IT IS SO ORDERED.

Dated: **March 13, 2018**

UNITED STATES MAGISTRATE JUDGE

-1-