# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA SCHUSTER,<br><br>    Petitioner,<br><br>v.<br><br>JANEL ESPINOZA,<br><br>    Respondent. | Case No. 1:12-cv-01482-AWI-SAB-HC<br><br>ORDER VACATING CONTINUED EVIDENTIARY HEARING<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE PETITIONER'S REQUEST FOR OSC RE: CONTEMPT (ECF No. 105) |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

In light of the parties' joint status report (ECF No. 116) and Petitioner's notice of withdrawal of her request for an order to show cause (ECF No. 117), IT IS HEREBY ORDERED that:

1. The continued evidentiary hearing set for May 2, 2018, is VACATED; and
2. The Clerk of Court is DIRECTED to TERMINATE Petitioner's request for an order to show cause (ECF No. 105).

IT IS SO ORDERED.

Dated: **April 30, 2018**

UNITED STATES MAGISTRATE JUDGE