# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA SCHUSTER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JANEL ESPINOZA,<br><br>　　　　Respondent. | Case No. 1:12-cv-01482-AWI-SAB-HC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR MODIFICATION OF BRIEFING SCHEDULE<br><br>(ECF No. 121) |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 5, 2018, Petitioner requested an extension of time to file an amended petition or notice of intent to rely on the petition for writ of habeas corpus currently filed. (ECF No. 121).

IT IS HEREBY ORDERED that Petitioner is granted to and including July 23, 2018, to file an amended petition or notice of intent to rely on the petition for writ of habeas corpus currently filed.

IT IS SO ORDERED.

Dated: **June 6, 2018**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE