IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA SCHUSTER,<br><br>Petitioner,<br><br>v.<br><br>JANEL ESPINOZA, Warden,<br><br>Respondent. | Case No. 1:12-cv-01482-AWI SAB<br><br>ORDER RE PETITIONER'S NOTICE OF INTENT TO RELY ON PETITION ON FILE<br><br>(ECF No. 125) |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 19, 2018, an order was filed requiring Petitioner to either file an amended petition or a notice of intent to rely on the petition filed in this matter. On September 25, 2018, Petitioner filed a notice of intent to rely on the petition filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent shall file an answer to the Petition (ECF No. 4) within **SIXTY (60)** days of the date of service of this order. See Rule 4, Rules Governing Section 2254 Cases; <u>Cluchette v. Rushen</u>, 770 F.2d 1469, 1473-74 (9th Cir. 1985) (court has discretion to fix time for filing a response); and

2. Petitioner may file a reply within **THIRTY (30)** days of the date Respondent's

answer is filed with the Court; and

3. If no Reply is filed, the petition and answer shall be deemed submitted at the expiration of the thirty days.

IT IS SO ORDERED.

Dated:  **September 26, 2018**

UNITED STATES MAGISTRATE JUDGE