# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA SCHUSTER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JANEL ESPINOZA,<br><br>　　　　　Respondent. | Case No. 1:12-cv-01482-AWI-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO LODGE RECORDING OF INTERVIEW IN ACCEPTABLE MEDIA FORMAT |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 6, 2019, Respondent lodged a copy of the video recording of Petitioner's pretrial interview as ordered by the Court. (ECF No. 140). The Court has attempted but is unable to view the recording in the format submitted by Respondent.

Pursuant to Local Rule 138 section L (effective February 1, 2019), the following acceptable media formats are: AVI (Audio Video Interleave), MPEG (Moving Pictures Expert Group), or WMV (Windows Media Video). All images and pictures are required to be submitted electronically in JPG (Joint Photographic Experts Group), PNG (Portable Network Graphics) or TIFF (Tagged Image Format File) format.

///
///

1

Accordingly, within seven (7) days of the date of service of this order, Respondent SHALL LODGE with the Court a copy of the recording of Petitioner's pretrial interview in an acceptable media format.

IT IS SO ORDERED.

Dated: **June 7, 2019**

_____
UNITED STATES MAGISTRATE JUDGE