# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA SCHUSTER,<br><br>    Petitioner,<br><br>    v.<br><br>JANEL ESPINOZA,<br><br>    Respondent. | Case No. 1:12-cv-01482-AWI-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO LODGE **COMPLETE** RECORDING OF INTERVIEW IN ACCEPTABLE MEDIA FORMAT |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 13, 2019, Respondent lodged a copy of the video recording of Petitioner's pretrial interview in an acceptable media format as ordered by the Court. (ECF No. 143). The lodged copy consists of a compact disc with one MPEG (Moving Pictures Expert Group) file that is approximately twenty-nine minutes long. Upon review of the video file and the transcript of the interview, it appears that Respondent failed to lodge a complete recording of the interview.[1]

///
///
///
///

---

[1] Only the first sixteen pages of the ninety-one-page transcript is contained in the lodged video file.

1

Accordingly, within seven (7) days of the date of service of this order, Respondent SHALL LODGE with the Court a copy of the **complete** recording of Petitioner's pretrial interview in an acceptable media format.

IT IS SO ORDERED.

Dated: __**June 17, 2019**__

UNITED STATES MAGISTRATE JUDGE