# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA SCHUSTER,<br><br>    Petitioner,<br><br>    v.<br><br>JANEL ESPINOZA,<br><br>    Respondent. | Case No. 1:12-cv-01482-AWI-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE FURTHER STATUS REPORT |

On July 16, 2019, counsel for Respondent filed a status report, informing the Court that the Fresno County Superior Court is in possession of a VHS tape with a label indicating the contents may contain a video copy of Petitioner's pretrial interview. A third-party provider has taken possession of the VHS tape to be copied and translated to digital media, but the provider did not estimate a time of completion. (ECF No. 150).

The Court HEREBY ORDERS counsel for Respondent to file a status report within fourteen (14) days of the date of service of this order, and then every fourteen days thereafter, if necessary.

IT IS SO ORDERED.

Dated: **July 18, 2019**

                                                        UNITED STATES MAGISTRATE JUDGE