# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA SCHUSTER,<br><br>      Petitioner,<br><br>    v.<br><br>JANEL ESPINOZA,<br><br>      Respondent. | Case No. 1:12-cv-01482-AWI-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO LODGE COPY OF ENTIRE VIDEO FOOTAGE OF PRETRIAL INTERVIEW OBTAINED FROM FRESNO COUNTY SUPERIOR COURT |

On August 14, 2019, counsel for Respondent filed a status report, informing the Court that counsel is in possession of video footage copied from the Fresno County Superior Court that contains the first one hour and thirty-eight minutes of Petitioner's pretrial interview plus approximately fifty-six additional minutes of footage. Counsel states that more time is needed to translate the footage from VHS to digital media. (ECF No. 153).

Accordingly, within ten (10) days of the date of service of this order, Respondent SHALL LODGE with the Court a copy of the entire video footage of Petitioner's pretrial interview obtained from the Fresno County Superior Court in an acceptable media format.

IT IS SO ORDERED.

Dated:   __**August 15, 2019**__

                              UNITED STATES MAGISTRATE JUDGE