HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, # 127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Petitioner
LARISSA SCHUSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| LARISSA SCHUSTER, | Case No. 1:12-cv-01482-AWI-SAB-HC |
|---|---|
| Petitioner, | **Order Granting Unopposed Request to Extend Deadline for Filing of Objections** |
| v. | (ECF No. 159) |
| JANEL ESPINOZA, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 21, 2020, Petitioner requested the Court extend the deadline for the filing of her objections to April 3, 2020. (ECF No. 159.) Respondent has no opposition.

For the reasons set forth in the request, and good cause appearing therefor, it is hereby ordered that Ms. Schuster's objections to the findings and recommendations shall be filed on or before April 3, 2020.

IT IS SO ORDERED.

Dated: __**February 21, 2020**__

UNITED STATES MAGISTRATE JUDGE